```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  JONATHAN C. TURNER, Of Counsel (SBN 191540)
    660 J Street, Suite 660
 3  Sacramento, CA  95814
    Telephone: (916) 441-0824
 4
    Attorneys for Defendant,
 5  BRUCE LEE CEARLOCK
 6
                   IN THE UNITED STATES DISTRICT COURT FOR THE
 7
                         EASTERN DISTRICT OF CALIFORNIA
 8
 9
    UNITED STATES OF AMERICA,            Case No.: 2:11-CR-0182 GEB
10
             Plaintiff,
11                                       STIPULATION AND (PROPOSED)
         vs.                             ORDER CONTINUING STATUS
12                                       CONFERENCE AND EXCLUDING TIME
    BRUCE LEE CEARLOCK,
13                                       Date:  July 22, 2011
             Defendant.                  Time:  9:00 A.M.
14                                       Ctrm:  10 (GEB)
15
16       IT IS HEREBY STIPULATED by Bruce Lee Cearlock, through his
17  counsel Clyde M. Blackmon, and by the United States of America,
18  through it counsel, Assistant U.S. Attorney Kyle Reardon, that
19  the status conference now set for July 22, 2011, at 9:00 a.m. be
20  continued to _____,____, 2011 at 9:00 a.m.
21       A continuance of the status conference is necessary to
22  afford the defense more time in which to prepare for trial.  Mr.
23  Cearlock is charged with theft of government property, with
24  making false statements to obtain federal employees'
25  compensation and with mail fraud.  The charges pertain to
26  alleged false statements made to obtain federal worker's
27  compensation benefits.  In order to properly defend the case it
28
```

1  is necessary for the defense to interview a fairly large number
2  of potential witnesses who may be able to produce information
3  relevant to Mr. Cearlock's defense.  More time is needed to
4  contact those potential witnesses.
5              The parties further stipulate that pursuant to 18
6  U.S.C. §3161 (h)(1)(D) and (h) (7) (B) (ii) and (iv)  (Local
7  Code T2 and T4) that time shall be excluded from July 22, 2011
8  to September 16, 2011, to give defense counsel additional time
9  in which to prepare.
10 **IT IS SO STIPULATED.**

12     DATED:  July 21, 2011         By:  //s// Kyle Reardon
13                                        Kyle Reardon
                                          Assistant U.S. Attorney
14

16                                   By:  //s// Clyde M. Blackmon
17                                        Clyde M. Blackmon
                                          Attorney for Defendant
18                                        Bruce Lee Cearlock

(PROPOSED) ORDER

This matter having come before the Court pursuant to the stipulation of the parties and good cause appearing therefore, IT IS ORDERED THAT the status conference now set for July 22, 2011, at 9:00 a.m. is vacated and the matter is set for 9:00 a.m. on September 16, 2011, for a status conference.

Further, the Court finds that time is excluded based upon the representation of the parties due to the complex nature of the matter and to allow adequate defense preparation, and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D) and (h)(7)(B)(ii) and (iv), [Local Code T2 and T4], from July 22, 2011 until the next appearance on September 16, 2011.

**IT IS SO ORDERED.**

Dated: July 22, 2011

GARLAND E. BURRELL, JR.
United States District Judge