BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BRUCE LEE CEARLOCK,<br><br>          Defendant. | CR. 2:11-CR-00182 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL**<br><br>Time: 9:00 a.m.<br>Date: Friday, January 27, 2012<br>Court: Hon. Garland E. Burrell |

The parties request that the trial confirmation hearing set for Friday, January 27, 2012, at 9:00 a.m., and the trial set for February 15, 2012, be vacated, and request that this matter be set for a status conference on Friday, February 3, 2012, at 9:00 a.m.  The Court previously excluded time under Local Code T4 until the start of trial.  The parties stipulate that this previously granted exclusion of time under Local Code T4 should be continued, and that the time between the granting of the parties' requested order and February 3, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  18

1

1  U.S.C. § 3161.
2       Both parties need additional time to investigate and
3  adequately prepare.  Specifically, the defense has brought to the
4  attention of the government communications that the defendant had
5  with government officials that may have an impact on the case.
6  In addition, Defense Counsel needs additional time to review the
7  defendant's entire case file in order to properly advise his
8  client.  Finally, both parties are investigating the issue of
9  loss in this case, and the results of that investigation may
10 impact ongoing plea negotiations.
11      Accordingly, the parties believe that time should continued
12 to be excluded under the Speedy Trial Act.  The additional time
13 is necessary to ensure effective preparation, taking into account
14 the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv);
15 Local Code T4.  The interests of justice served by granting this
16 continuance outweigh the best interests of the public and the
17 defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATED: January 26, 2012       By:   /s/ Kyle Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney



DATED: January 26, 2012       By:   /s/ Kyle Reardon for
                                    CLYDE BLACKMON
                                    Attorney for the Defendant

2

**ORDER**

The trial confirmation hearing currently set for January 27, 2012, and the trial date currently set for February 15, 2012, in case number 2:11-CR-00182 GEB, are vacated. The matter is set for a further status conference on Friday, February 3, 2012, at 9:00 a.m., and the time between the filing of this order and February 3, 2012, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

1/26/12

GARLAND E. BURRELL, JR.
United States District Judge