BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. 2:11-CR-00182 GEB |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL** |
| BRUCE LEE CEARLOCK, ) | |
| Defendant. ) | Time: 9:00 a.m.<br>Date: Friday, June 22, 2012<br>Court: Hon. Garland E. Burrell |

The parties request that the trial confirmation hearing set for Friday, June 22, 2012, at 9:00 a.m., and the trial set for July 10, 2012, be vacated, and request that this matter be set for a status conference on Friday, July 20, 2012, at 9:00 a.m. The Court previously excluded time until July 10, 2012.  The parties stipulate that this previously granted exclusion of time under Local Code T4 should be continued, and that the time between the granting of the parties' requested order and July 20, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

1

Both parties need additional time to investigate and adequately prepare.  Specifically, an issue has arisen with the potential loss amount in this case that impacts both parties. Resolution of this issue will impact plea negotiations and how the parties ultimately proceed.  In addition, Defense Counsel needs additional time to review the defendant's entire case file in order to properly advise his client.

Accordingly, the parties believe that time should continue to be excluded under the Speedy Trial Act until July 20, 2012. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

DATED: June 21, 2012                    Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                  By:   /s/ Kyle Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney


DATED: June 21, 2012              By:   /s/ Kyle Reardon for
                                        CLYDE BLACKMON
                                        Attorney for the Defendant

**ORDER**

The trial confirmation hearing currently set for June 22, 2012, and the trial date currently set for July 10, 2012, in case number 2:11-CR-00182 GEB, are vacated. The matter is set for a further status conference on Friday, July 20, 2012, at 9:00 a.m., and the time between the filing of this order and July 20, 2012, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  June 22, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge