1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  901 F STREET, SUITE 200
   Sacramento, CA  95814
3  Telephone: (916) 444-9845

4  Attorneys for Defendant,
   BRUCE LEE CEARLOCK

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,              Case No.: 2:11-CR-0182 GEB

10           Plaintiff,
                                          STIPULATION AND (PROPOSED)
11      vs.                               ORDER CONTINUING STATUS
                                          CONFERENCE AND EXCLUDING TIME
12 BRUCE LEE CEARLOCK,
                                          Date:  September 21, 2012
13           Defendant.                   Time:  9:00 A.M.
                                          Ctrm:  10 (GEB)
14

15
        IT IS HEREBY STIPULATED by Bruce Lee Cearlock, through his
16
   counsel Clyde M. Blackmon, and by the United States of America,
17
   through it counsel, Assistant U.S. Attorney Kyle Reardon, that
18
   the status conference now set for September 21, 2012, at 9:00
19
   a.m. be continued to September 28, 2012 at 9:00 a.m.
20
        A continuance of the status conference is necessary as Mr.
21
   Blackmon has sustained a back injury which has not allowed him
22
   to prepare for this matter.  Mr. Blackmon anticipates the injury
23
   will heal sufficiently so that he can appear before the Court
24
   one week from the currently set date.
25
        The parties further stipulate that pursuant to 18 U.S.C.
26
   §3161 (h)(1)(D) and (h) (7) (B) (iv)  (Local Code T4) that time
27

28

1 shall be excluded from September 21, 2012 to September 28, 2012,
2 to give defense counsel additional time in which to prepare.
3 **IT IS SO STIPULATED**.

5     DATED:  September 19, 2012     By:  //s// Kyle Reardon
6                                          Kyle Reardon
7                                          Assistant U.S. Attorney

9                                     By:  //s// Clyde M. Blackmon
10                                         Clyde M. Blackmon
                                           Attorney for Defendant
11                                         Bruce Lee Cearlock

- 2 -

STIPULATION AND (PROPOSED) ORDER CONTINUING
STATUS CONFERENCE AND EXCLUDING TIME

1                          (PROPOSED) ORDER

2        This matter having come before the Court pursuant to the
3   stipulation of the parties and good cause appearing therefore,
4   IT IS ORDERED THAT the status conference now set for September
5   21, 2012, at 9:00 a.m. is vacated and the matter is set for 9:00
6   a.m. on September 28, 2012, for a status conference.
7        Further, the Court finds that time is excluded based upon
8   the representation of the parties due to the complex nature of
9   the matter and to allow adequate defense preparation, and such
10  time will be excluded pursuant to the Speedy Trial Act, 18
11  U.S.C. §3161(h)(1)(D) and (h)(7)(B)(iv), [Local Code T4], from
12  September 21, 2012 until the next appearance on September 28,
13  2012.
14       **IT IS SO ORDERED.**
15       9/20/12
16                                 _____
17                                 GARLAND E. BURRELL, JR.
                                   Senior United States District Judge
- 3 -

STIPULATION AND (PROPOSED) ORDER CONTINUING
STATUS CONFERENCE AND EXCLUDING TIME