CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
901 F STREET, SUITE 200
Sacramento, CA  95814
Telephone: (916) 444-9845

Attorneys for Defendant,
BRUCE LEE CEARLOCK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>BRUCE LEE CEARLOCK,<br><br>          Defendant. | Case No.: 2:11-CR-0182 GEB<br><br>STIPULATION AND (PROPOSED) ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date:  September 28, 2012<br>Time:  9:00 A.M.<br>Ctrm:  10 (GEB) |

   IT IS HEREBY STIPULATED by Bruce Lee Cearlock, through his counsel Clyde M. Blackmon, and by the United States of America, through it counsel, Assistant U.S. Attorney Kyle Reardon, that the status conference now set for September 28, 2012, at 9:00 a.m. be continued to October 26, 2012 at 9:00 a.m.

   The status conference in this matter was recently continued for one week from September 21, 2012, to September 28, 2012, due to an injury suffered by defense counsel.  Counsel has recovered from his injury but additional time is required by the parties to consider new information obtained by the government.  The parties are attempting to negotiate a settlement of this matter

1  and it is anticipated that the new information will assist those
2  negotiations.
3      The parties further stipulate that pursuant to 18 U.S.C. §
4  3161(h)(7)(B)(iv) (Local Code T4) that time should be excluded
5  from September 28, 2012, to October 26, 2012, from the
6  computation of the period of time during which trial should
7  commence under the Speedy Trial Act in order to provide counsel
8  time to prepare.  The parties also stipulate that the ends of
9  justice will be served by the Court excluding that period of
10 time from the computation due to the need for defense counsel to
11 have adequate time for effective preparation for trial, taking
12 into account the exercise of due diligence.
13     For these reasons Mr. Cearlock, his counsel and the
14 government stipulate that the ends of justice served by granting
15 the requested continuance outweigh the best interests of the
16 public and Mr. Cearlock in a speedy trial.
17 **IT IS SO STIPULATED.**
18 DATED:  September 27, 2012         By:  //s// Kyle Reardon
19                                         Kyle Reardon
20                                         Assistant U.S. Attorney
21 DATED:  September 27, 2012         By:  //s// Clyde M. Blackmon
22                                         Clyde M. Blackmon
                                           Attorney for Defendant
23                                         Bruce Lee Cearlock

- 2 -
STIPULATION AND (PROPOSED) ORDER CONTINUING
STATUS CONFERENCE AND EXCLUDING TIME

(PROPOSED) ORDER

IT IS ORDERED that the status conference currently set for September 28, 2012, is vacated and continued to October 26, 2012, at 9:00 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv); therefore, time is excluded under the Speedy Trial Act through August 30, 2012.  Based on the stipulation of the parties, the Court finds that the interests of justice served by granting the requested continuance of the status conference outweigh the best interest of the public and Mr. Cearlock in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv), (Local Code T4).

**IT IS SO ORDERED.**

9/28/12

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge