CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
cblackmon@rwslaw.com

Attorneys for Defendant,
BRUCE LEE CEARLOCK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-0182 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING IMPOSITION OF JUDGMENT & SENTENCE |
| vs. | |
| BRUCE LEE CEARLOCK, | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Kyle Reardon, and Bruce Lee Cearlock, through his counsel Clyde M. Blackmon, stipulate that the imposition of judgment and sentence upon Mr. Cearlock now scheduled for 9:30 a.m. on July 24, 2014, may be continued to September 18, 2014, at 9:30 a.m.

A continuance of the sentencing proceedings is necessary because there has been a delay in obtaining from the Office of Workers Compensation Programs information necessary to an accurate computation of the loss in this case.  For that reason the probation officer assigned to the matter needs additional

1  time in which to complete the preparation of his Presentence
2  Investigation Report.  Therefore, the parties request that the
3  imposition of judgment and sentence upon Mr. Cearlock be
4  continued to September 18, 2014.
5  **IT IS SO STIPULATED.**
6  DATED:   July 10, 2014         By: _//s// Clyde M. Blackmon for
                                          Kyle Reardon
7                                         Assistant U.S. Attorney

8  DATED:   July 10. 2014         By: _//s// Clyde M. Blackmon
                                          Clyde M. Blackmon
9                                         Attorney for Defendant
                                          Bruce Lee Cearlock

STIPULATION AND ORDER CONTINUING
IMPOSITION OF JUDGMENT & SENTENCE

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the imposition of judgment and sentence upon Bruce Lee Cearlock now scheduled for July 24, 2014, is continued to 9:30 a.m. on September 18, 2014.

**IT IS SO ORDERED.**

DATED: July 11, 2014

_____
Troy L. Nunley
United States District Judge