```
BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUCE CEARLOCK,<br><br>    Defendants. | CASE NO. 2:11-CR-0182 TLN<br><br>STIPULATION AND ORDER REGARDING BRIEFING ON DEFENDANT'S MOTION TO WITHDRAW PLEA |

At the status conference held on October 9, 2014, the Court set a hearing date of December 18, 2014, on the anticipated motion by defendant CEARLOCK to withdraw his plea, and counsel for both parties agreed to submit a briefing schedule to the Court. Pursuant to that agreement, the parties by and through their respective counsel of record hereby stipulate to the following:

///

///

///

///

///

///

///

1

Stipulation and Order re: Briefing

| | |
|---|---|
| October 27, 2014: | Defense will file motion to withdraw plea (if any) |
| December 4, 2014: | Government will file response to motion and will alert the Court and defense on or before this date if the Government seeks an evidentiary hearing on the defense motion. |
| December 11, 2014: | Defense will file reply on motion. |
| December 18, 2014: | Hearing on motion/sentencing if motion denied. |

Dated:  October 14, 2014

BENJAMIN B. WAGNER
United States Attorney

 /s/ Jean M. Hobler
JEAN M. HOBLER
Assistant United States Attorney

Dated:  October 16, 2014

 /s/ Jean M. Hobler for
BRIAN GETZ
Counsel for defendant BRUCE CEARLOCK
(signature authorized 10/16/2014)

### ORDER

The briefing schedule stipulated to by the parties is hereby adopted as an order of this Court.

Dated:  October 22, 2014

Troy L. Nunley
United States District Judge

2

Stipulation and Order re: Briefing