UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-11-00182-TLN |
| Plaintiff, | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| v. | |
| BRUCE CEARLOCK, | |
| Defendant. | |

Defendant Bruce Cearlock has requested, pursuant to Federal Rule of Criminal Procedure 49.1(d), that the Court permit him to file under seal his psychiatric medical records submitted as exhibits B, C, and D to his Declaration in Support of Motion to Withdraw Plea (ECF No. 74). The Court having considered the request, and having reviewed those documents, HEREBY ORDERS that Defendant shall be permitted to file under seal exhibits B, C, and D to the Declaration in Support of Motion to Withdraw Plea.

Dated:  November 13, 2014

Troy L. Nunley
United States District Judge