BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
201 California Street, Suite 450
San Francisco, CA 94111
Telephone: (415) 912-5886
Facsimile: (415) 358-4770
Email: bhgetz@pacbell.net

Attorney for Defendant
BRUCE CEARLOCK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BRUCE CEARLOCK,<br><br>        Defendant. | CASE NO. CR. S-11-00182-TLN<br><br>**STIPULATION AND ORDER REGARDING HEARING ON DEFENDANT'S MOTION TO WITHDRAW PLEA**<br><br>DATE: DECEMBER 18, 2014<br>TIME: 9:30 A.M.<br>CTRM: 2, 15TH FLOOR |

IT IS HEREBY STIPULATED by and between the parties to this action that the declarations and exhibits thereto filed in support of and in opposition to Defendant's Motion to Withdraw Guilty Plea shall be admissible in lieu of testimony. Both parties agree that the Court may render its decision on the Motion based on the declarations and exhibits thereto, the other pleadings filed, and the further arguments of counsel at the hearing. Mr. Cearlock and his counsel agree that Mr. Cearlock will not testify at the hearing and will not cross-examine the other declarants. Counsel for Mr. Cearlock has discussed this stipulation with defendant, and Mr. Cearlock understands the reasons therefore and concurs with the stipulation.

Dated: December 11, 2014        LAW OFFICES OF BRIAN H GETZ

                                              /s/
                                        BRIAN H GETZ
                                        Attorney for Defendant
                                        BRUCE CEARLOCK

Dated: December 11, 2014          BENJAMIN B. WAGNER
                                  United States Attorney


                                   */s/ Jean M. Hobler*
                                  JEAN M. HOBLER
                                  Assistant United States Attorney

## ORDER

The Court having considered the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the declarations and exhibits thereto filed in support of and in opposition to Defendant's Motion to Withdraw Guilty Plea shall be admissible in lieu of testimony, and the Court shall render its decision on the Motion based on the declarations and exhibits thereto, the other pleadings filed, and the further arguments of counsel at the hearing.

Dated:  December 17, 2014

_____
Troy L. Nunley
United States District Judge