UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-182-TLN |
| Plaintiff, | |
| v. | **ORDER** |
| BRUCE CEARLOCK, | |
| Defendant. | |

Defendant Bruce Cearlock was sentenced on December 18, 2014, to 18 months imprisonment in the custody of the Bureau of Prisons. Self-surrender was granted, and Defendant was ordered to report on January 16, 2015, either to the institution designated by the Bureau of Prisons, or if no such institution had been designated, to the U.S. Marshal in Sacramento, California.

On December 29, 2014, Defendant filed a motion requesting that his surrender date be extended for one month, or to within 48 hours of the time Defendant received notice of his designation, whichever came first. (ECF No. 93.) Defendant's stated reason for the request is his health. Specifically, Defendant's motion states:

> Mr. Cearlock underwent surgery on November 4, 2014, to repair a

1

torn meniscus and to repair his IT band. He has been undergoing physical therapy and is unable to walk for any significant distance without use of a cane. Mr. Cearlock currently has weekly physical therapy sessions with Jim Easton MSPT and Julie Krill DPT at 151 North Sunrise Avenue in Roseville. Mr. Cearlock also has a follow-up appointment with Dr. Vitaci on February 12 in Roseville. It is anticipated that, by mid-February, he will have regained better mobility and his physical therapy requirements will be mostly fulfilled.

(ECF No. 93 at 2.)  The Government filed an opposition to the motion.  (ECF No. 95).

For the reasons stated at the sentencing on December 18, 2014, the Court DENIES Defendant's motion.  Whether remand or self-surrender was appropriate was addressed by the parties at sentencing; the Court ordered the January 16, 2015, surrender date in light of the concerns stated at sentencing, including Defendant's age and health.  Defendant now seeks reconsideration of that order, but has not adequately established "what new or different facts or circumstances are claimed to exist that did not exist or were not shown upon such prior motion or what other grounds exist for the motion."  *See* E.D. Cal. Local Rule 430.1(i).  The Court notes the prolonged timeline of events that have constituted this case, including: indictment in April, 2011; the Court's adjudication of guilt pursuant to the plea agreement, in September, 2013; Defendant's filing of the motion to withdraw his plea on October 27, 2014; and the Court's denial of the motion to withdraw the plea and sentencing on December 18, 2014.

Defendant shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California, before 2:00 p.m. on January 16, 2015.

Dated:  January 6, 2015

Troy L. Nunley
United States District Judge