UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent,<br><br>　　v.<br><br>BRUCE LEE CEARLOCK,<br><br>　　　　　　　Movant. | No.  2:11-cr-0182 TLN<br><br>No.  2:16-cv-2764 TLN<br><br>ORDER |

　　　　Pursuant to 28 U.S.C. § 455(a), I disqualify myself from participating in this matter.  The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

　　　　IT IS SO ORDERED.

Dated:  November 29, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/cear0182.rec

1