1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  2:11-cr-182 TLN DB 1

12              Respondent,

13        v.                                ORDER

14   BRUCE CEARLOCK,

15              Movant.

16

17        Movant, a former federal prisoner proceeding pro se, has filed a motion to vacate, set

18   aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On August 14, 2017, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.  Movant has filed

23   objections to the findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   Court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   ///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 14, 2017 (ECF No. 132) are adopted in full;

2. Respondent's motion to dismiss (ECF No. 122) is granted;

3. Movant's motion to vacate, set aside, or correct his sentence under § 2255 (ECF No. 116) is dismissed;

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

5. The Clerk of the Court is directed to close the companion civil case, No. 2:16-cv-2764 TLN DB.

Dated: March 27, 2018

Troy L. Nunley
United States District Judge