UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00182-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| BRUCE LEE CEARLOCK, | |
| Defendant. | |

This matter is before the Court on remand from the Ninth Circuit. (ECF No. 149.) The Ninth Circuit remanded this matter "for the limited purpose of granting or denying a certificate of appealability." (*Id.*)

Defendant appealed this Court's Order denying his March 7, 2022 motion as untimely. (ECF No. 145.) In the Order at issue, the Court first construed Defendant's motion as a 28 U.S.C. § 2255 ("§ 2255") motion because Defendant essentially argued his sentence was "imposed in violation of the . . . laws of the United States." (*Id.*) The Court then explained that the statute of limitations for Defendant to challenge his conviction began to run on June 22, 2015 when the Court of Appeals dismissed his previous appeal and expired on June 23, 2016.[1] (*Id.* (citing (ECF

---

[1] The Court previously rejected Defendant's similar challenge to his conviction through a § 2255 motion. (*See* ECF No. 143 (citing ECF Nos. 132, 135).) The Ninth Circuit denied Defendant's request for certificate of appealability as to that prior Order. (ECF No. 141.)

No. 132 at 6; U.S.C. 28 § 2255(f)).)  The Court also noted Defendant failed to show he was entitled to a later trigger date or to equitable tolling.  (*Id.*)

Construing Defendant's motion as a § 2255 motion, Defendant has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 565 U.S. 134, 140–41 (2012).

Accordingly, the Court declines to grant a certificate of appealability.  The Clerk of Court is directed to serve a copy of this Order on the Ninth Circuit Court for USCA Case Number 22-15605.

IT IS SO ORDERED.

**DATE:  August 25, 2022**

Troy L. Nunley
United States District Judge